# Court of Appeals
# of the State of Georgia

ATLANTA,  April 15, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0180.  FONTES v. BLOOM.

Appellant's motion filed pursuant to Court of Appeals Rule 40(b) in the above-styled case is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/15/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*